ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> REDI-GRO CORPORATION, a California corporation; DENNIS CHAN, an individual; CORTNEY KENNEDY, an individual, <br><br> Defendants. | Case No. 2:12-CV-00692-JAM-DAD <br><br> **ORDER GRANTING STIPULATION TO DISMISS** |

## ORDER

Pursuant to the Stipulation and Settlement Agreement of the Parties,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants as set forth in Civil Case No. 2:12-CV-00692-JAM-DAD, are dismissed with prejudice.

IT IS FURTHER HEREBY ORDERED that the District Court, Eastern District of California, through District Court Judge John A. Mendez, shall retain jurisdiction over Civil Case No. 2:12-CV-00692-JAM-DAD for the purpose of enforcing the terms of the Settlement Agreement attached hereto as Exhibit A, and incorporated by reference herein through the final

927112.1
PDF created with pdfFactory trial version www.pdffactory.com

1    termination date of that Settlement Agreement on September 30, 2014.

2            IT IS SO ORDERED.

3

4    Dated:   July 2, 2012                    /s/ John A. Mendez
                                              Honorable John A. Mendez
5                                             United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                                    CASE NO. 2:12-CV-00692-JAM-DAD
                                                    2

PDF created with pdfFactory trial version www.pdffactory.com